## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JEREMY D. SMITH,

       Plaintiff,

v.                                                        CV No. 20-432 GJF/CG

THE GEO GROUP, INC., et al.,

       Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after communicating with counsel. **IT IS HEREBY ORDERED** that a status conference shall be held by telephone on **July 30, 2020, at 2:30 p.m.** Counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE